No. 95–5060. CHARLTON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–5061. ALEXANDER ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–5062. BELL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–5064. BANDA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–5065. BETTS v. ILLINOIS ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–5067. JONES v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 95–5068. MARTINEZ v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 95–5069. JONES v. THOMAS, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 95–5070. JENKINS v. STUART ET AL.; and
No. 95–5274. JENKINS v. MCBRIDE, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–5071. RAY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–5072. SALES v. GAMMON, SUPERINTENDENT, MOBERLY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 95–5073. MARTINI v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 95–5074. WASHINGTON v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 95–5075. WORTHY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–5077. WADE, AKA WITHERSPOON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.